CIVIL CAUSE FOR HEARING

BEFORE JUDGE: SPATT          DATE: September 5, 2006   TIME: 3:30   3:39-4:10 +
                                                                    4:15 - 5:15
DOCKET NUMBER: CV-03-5717

TITLE: ALFIERI, JANICE   v. GUILD TIMES PENSION PLAN, et al.

COURT DEPUTY: MARY ELLEN SCHAFFNER

APPEARANCES: FOR PLAINTIFF: George W. Clarke, Esq.

_____

             FOR DEFENDANT: Gary Silverman, Esq.

                            C/R   Perry auerbach

✓   CASE CALLED.

✓   COUNSEL FOR ALL SIDES PRESENT

___  COUNSEL FOR_____NOT PRESENT

✓   HEARING HELD

___  CASE MARKED READY FOR TRIAL _____

___  FURTHER STATUS CONFERENCE SCHEDULED FOR_____

✓   OTHER  adjd to 10/4 at 9:00.